BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 17-00097 BLF |
| Plaintiff, | MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER |
| v. | |
| MARCO ANTONIO HERNANDEZ, | |
| Defendant. | |

COMES NOW the United States of America through the undersigned attorney to move this Honorable Court to **DISMISS** all counts of the above-numbered Indictment as to MARCO ANTONIO HERNANDEZ.

Federal Bureau of Investigation agents have informed the government that MARCO ANTONIO HERNANDEZ died on or about October 13, 2017.

DATED: November 20, 2017                  Respectfully submitted,

                                                               BRIAN J. STRETCH
                                                               United States Attorney

                                                                /s/
                                                                 JEFFREY A. BACKHUS
                                                                Assistant United States Attorney

MOTION TO DISMISS
NO. CR 17-00097 BLF

## ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT

It is hereby ORDERED that the Government's Motion To Dismiss the Indictment in the above-entitled and numbered criminal case as to MARCO ANTONIO HERNANDEZ is hereby GRANTED.

DONE this 28th day of nov, 2017.

/s/ Beth Labson Freeman
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS
NO. CR 17-00097 BLF